# CURRICULUM VITAE

**Robert C. Bux, MD**                                      Born:   May 22, 1948
El Paso County Coroner's Office                             Columbus, Kansas
2741 East Las Vegas Street
Colorado Springs, Colorado 80906              January 9, 2019

## Education

College:                                   University of Washington, Seattle, WA
                                           Bachelor of Science in Zoology
                                           1966 - 1970

Medical School:                            Universidad Autonoma de Guadalajara
                                           Guadalajara, Jalisco, Mexico
                                           1970 - 1974

Rotating Internship:                       The Moncton Hospital, Moncton
                                           New Brunswick, Canada
                                           July 1974 - June 1975

Residency in Pathology:                    Brooke Army Medical Center
San Antonio, Texas

                                           Anatomic and Clinical Pathology
                                           July 1978 – June 1982

Fellowship:                                Bexar County Forensic Science Center
                                           San Antonio, Texas
                                           Forensic Pathology
                                           August 1984 – August 1985

## Board Certification

American Board of Pathology                ANATOMICAL PATHOLOGY, 1982

American Board of Pathology                CLINICAL PATHOLOGY, 1982

American Board of Pathology                FORENSIC PATHOLOGY, 1985

## Licensure and Certifications

Licensure                                  New Mexico - 1976 to 2013
                                           Texas - 1978 to present
                                           California – 1980 to 1987
                                           Colorado - 1982 to present

EXHIBIT "B"

**Present Position**

| | |
|---|---|
| Coroner/Medical Examiner | El Paso County Coroner's Office, Colorado Springs, CO.  Appointed Coroner January, 2006 Elected Coroner to 4 year term on November 2, 2006, reelected to second 4 year Term November 6, 20010, and reelected to third term November 4, 2014. Sworn into office on January 9, 2007, January 11, 2011 and January 13, 2015.   Retired at end of last Term on January 8, 2019 |

**Past Positions**

| | |
|---|---|
| Associate Coroner/Medical Examiner El Paso County, Colorado | El Paso County Coroner's Office, Colorado Springs, Colorado.  July 2002-January 2006 |
| Deputy Chief Medical Examiner | Bexar County Forensic Science Center, San Antonio, Texas June 1992 – December 2002 |
| Staff Medical Examiner | Bexar County Forensic Science Center San Antonio, TX August 1984 – May 1992 |
| Chief Dept. of Pathology Fort Carson, CO | U.S. Army Hospital March 1984 – September 1984 |
| Assistant Chief Dept. of Pathology | U.S. Army Hospital Fort Carson, CO July 1982 – March 1984 |
| Part-Time Emergency Room Physician EPA and TEXEM | October 1978-January 1991 |

**Military Service and Awards**

Major, Medical Corps, United States Army Reserve, October 1971 – June 2002

Expert Field Medical Badge, 1977

United States Army Commendation Medal, Fort Ord, CA – 1978; Fort Carson, CO – 1984

Meritorious Service Medal, Fort Carson, CO – 1984

**Medical Society Memberships**

Bexar County Medical Society, San Antonio, Texas, 1980 – 2002

Texas Medical Association, 1981 – 2002

American Medical Association, 1982 –2010

College of American Pathologists, 1980- 2000 (Fellow – 1983)

National Association of Medical Examiners – 1985 to present

American Academy of Forensic Sciences 1989 – present (Fellow – 1998)


**Other Professional Offices and Appointments**

Board of Directors, San Antonio Chapter, National Sudden Infant Death Foundation 1987 – 1997, Advisor – 1997 through 2002

Instructor in Intubation of EMS Paramedics 1988 – 1998

Faculty, Southwest Symposium on Forensic Dentistry, 1986, 1988, 1990, 1992, 1994, 1996, 1998, 2000, 2002.  University of Texas Health Science Center School of Dentistry, San Antonio, Texas

Member, Texas Multidisciplinary Task Force on Children's Justice 1993 – 1995

Member, Child Fatality Death Review for Bexar County – 1993 through December 2002

Member, Child Fatality Death Review for State of Texas – Original member 1994 and helped write Legislation in 1994 which was adopted by the State Legislature in 1995

Board of Editors, The American Journal of Forensic Medicine and Pathology – 1997 to present

Clinical Assistant Professor of Pathology UTHSC San Antonio, Texas – 1998 to 2005

Member, Board of Directors, Colorado Coroners Association- 2005 to 2010.  President 2009-10

Member, Child Fatality Review Team for the 4th Judicial District, State of Colorado -2006 to 2008

Member, Medical Advisory Board, International Forensic Program, Physicians for Human Rights – 2006 to present

Colorado Bureau of Investigation Cold Case multidisciplinary team -2010 through 2018

Member El Paso County Board of Health-2011 to present

**International Professional Activities**

United Nations International War Crimes Tribunal for the former Yugoslavia, Participated in exhumation of mass graves, September 21 – October 5, 1996 near Tuzla, Bosnia under the direction of Physicians for Human Rights

Guest Lecturer – Forensic Science Conference "Forensics for the 21[st] Century" Sponsored by Procuraduria General de Justicia del Districto Federal, Mexico, DF – August 4-7, 1997

Organization of American States Court of Inter-American Human Rights, San Jose, Costa Rica – Testified for the Inter-American Commission on Human Rights of the Organization of American States in the case of "Panel Blanca", the case of Elizabeth Panniagua, et al, vs. Guatemala

Participant in exhumation of Archbishop Juan Jose Gerardi, appointed Forensic Medical Expert for the Archdiocese of Guatemala in Guatemala City, Guatemala, September 16-18, 1998

Organization of American States Court of Inter-American Human Rights, San Jose Costa Rica – January 20-29, 1999 – Testified as Forensic Expert appointed by the Court of Inter-American Rights in the case of Villagran Morales, et al, vs. Guatemala (11-383)

Exhumation of Julian Cho, Mayan Cultural Leader in Punta Gorda, Belize for Physicians for Human Rights – January 31 – February 2, 1999

Exhumation and identification of 14 guerillas of the Tupac Amaru who were responsible for the takeover of the Japanese embassy in Lima Peru and sequestration of 72 VIP hostages on the 17th of December 1996, and subsequent hostage rescue and embassy liberation by special forces of the Peruvian army of April 22, 1997 , all work occurred in 2001.

Consultant for the Attorney General of the Republic of Mexico (Procurduria General de la Republica) in the case of Guillermo Velez Mendoza who died in custody of the AFI (Agents of the Federal Investigation) in Mexico City.  Reviewed entire case file participated in the exhumation and gave a legal declaration under oath, all work occurred in 2002.

Consultant for the Special Prosecutor for the prosecution of genocide and war crimes to the International War Crimes Court in Sierra Leone.  Reviewed cases of genocide and provided written reports.  All work occurred in 2004.

Consultant for the Attorney General of the Republic of Mexico (Procurduria General de la Republica} and Attorney General for the state of Chihuahua in the cases of "las mujeres desconocidas" in Ciudad Juarez and Chihuahua, Chihuahua.  Toured forensic facilities, reviewed case files, examined skeletal remains and offered suggestions for future case work.  All work occurred in January of 2005.

PHR consultant in the case of Brad Will, American photojournalist killed in Oaxaca, Mexico in 2006.  Analyzed all forensic and investigational file at the Procurduria General de la Republica forensic laboratory and coauthored report.   Work completed in 2008.

Consultant for PHR in the review of the Somali Pirates killed in a life boat by US Navy Seals on the USS Bainbridge from foiled attempt to board the Maersk Alabama and the return to safety of the kidnapped Captain of the Maersk Alabama, Richard Phillips.

Consultant for EQUITAS human rights organization in Bogota, Columbia in the deaths of Fair Leonardo Porras Bernal and Elkin Gustavo Verano with travel to Bogota, Columbia in September 2010 with exhumations and performed second autopsies, written reports and courtroom testimony in these cases also known as "casos positivos falsos.

PHR consultant and written report in the death in custody of Sergei Magintsky, Russian Hermitage Fund lawyer incarcerated in a Moscow, Russia.

## Publications

1.    DiMaio, V.J.M., Dana, S.E. and Bux, R.C. "Deaths Caused by Restraint Vest", JAMA 255:905, 1986.

2.    Bick, D., Curry, C.J., McGill, J.R., Schordent, D.F., Bux, R.C. and Moore, C., "Male Infant with Ichthyosis, Kallman Syndrome Chondrodysplasia Punctata, and an $X_p$ Chromosome Deletion" AM.J.Med.Genet 33(1): 100-7, May 1989.

3.    DiMaio, V.J.M., Dana, S.E., and Bux, R.C., "Sudden Cardiac Death" (Letter), NEJM 322:271. January 1990.

4.    Taylor, R., Bux, R.C., and Kirk, D., Forensic Pathology in Homicide Cases, 40 AM Jur Trials, 501-627, 1990.

5.    Taylor, R., Bux, R.C., and Kirk, D., Self Defense in Homicide Cases, 42 Am Jur Trials, 151-312, 1991.

6.    Bux, R.C., and McDowell, J., "Death Due To Attack From Chow Dog", AM J. of Forensic Med and Path, 13(4): 305-8, December 1992.

7.    Rulon, J., Cho, C.G., Guerra, L., Bux, R.C., and Gulley, M., "Activated Protein C Resistance Is Uncommon in Sudden Death Due to Pulmonary Embolism", Journal of Forensic Sciences 44(6): 1111-1113, November 1999.

8.    Kohlmeir, R., Cho, C.G., Bux, R.C., Guerra, L., Rulon, J., Selby, D.M., and Gulley, M., "Prothrombin Gene Mutation Uncommon in Pulmonary Embolism", Southern Medical Journal 93(11) 1073-7, November 2000.